Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br> vs. <br><br> A C PAVING, INC., et al., <br><br> Defendants. | Case No.: C 06-3075 MJJ <br><br> **STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE [Federal Rule of Civil Procedure 41(a)(1)] AND ORDER** |

Plaintiffs GIL CROSTHWAITE, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT

08/15/06 CASE 3:06-CV-03075-JW MCCORMICK BARSTOW Case 3:06-cv-03075-JW Document 14 Filed 08/15/2006 Page 2 of 3 ☒003/004

08/15/2006 14:23 510-748-7426 ENGINEERS MULTI SVC PAGE 12/13

1 ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET
2 PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION
3 TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND ("Operating Engineers Trust
4 Funds"), Defendants AC PAVING, INC. and LARRY DONALD ALFORD and Defendant
5 SURETY COMPANY OF THE PACIFIC stipulate and agree to the following:
6     1. In light of the complaint for interpleader filed in the Fresno County Superior Court, Case
7 Number 06 CE CL 04080 relating to the Plaintiffs' claim against Defendant SURETY
8 COMPANY OF THE PACIFIC, the above-captioned matter is dismissed without prejudice
9 pursuant to Federal Rule of Procedure 41(a)(1) as to Defendant SURETY COMPANY OF THE
10 PACIFIC.
11     2. Each party will bear their own attorneys' fees and costs relating to this proceeding.
12
13 Dated this 6th day of August of 2006
14
                                      OPERATING ENGINEERS LOCAL UNION NO. 3
                                      TRUST FUNDS – MULTI-SERVICES
15
                                      By: _____
16                                       TRACY L MAINGUY
                                      ATTORNEY FOR PLAINTIFFS
17
18 Dated this 1 day of August of 2006
19
                                      MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
20                                       CARRUTH LLP
                                      By: _____
21                                       WILLIAM H. LITTLEWOOD
                                      ATTORNEY FOR DEFENDANTS A C PAVING,
22                                       INC., a California corporation, and LARRY
                                      DONALD ALFORD, individually
23
24
25 /////

STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE;
ORDER THEREON;
Case No. C 06-3075 MJJ
- 2 -

Dated this 15 day of August of 2006

LAW OFFICES OF GEISSLER AND NIMOY
By: _____
STEVEN S. NIMOY

## ORDER

Based upon the above-stated stipulation for dismissal of action without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed without prejudice as to Defendant SURETY COMPANY OF THE PACIFIC.

Dated: 8/14/2006

_____
MARTIN J. JENKINS
HON. UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE;
ORDER THEREON;
Case No. C 06-3075 MJJ                    - 3