| | |
|---|---|
| 1  William H. Littlewood, # 202877<br>   McCormick, Barstow, Sheppard,<br>2  Wayte & Carruth LLP<br>   P.O. Box 28912<br>3  5 River Park Place East<br>   Fresno, CA  93720-1501<br>4  Telephone:    (559) 433-1300<br>   Facsimile:    (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

5

6 Attorneys for Defendants A C Paving, Inc., a California corporation, Larry Donald Alford, individually

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>                    Plaintiffs,<br><br>v.<br><br>A C PAVING, INC., a California corporation, LARRY DONALD ALFORD, individually and SURETY COMPANY OF THE PACIFIC, a California corporation,<br><br>                    Defendants. | Case No.  C 06 3075<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT COURT ORDERED CASE MANAGEMENT CONFERENCE**<br><br>**CMC Hearing**<br>Date: August 22, 2006<br>Time: 2:00 p.m.<br>Courtroom: 11<br>Judge: Martin J. Jenkins |

By way of declaration from their counsel of record, William H. Littlewood, Defendants A C PAVING, INC. and LARRY DONALD ALFORD, requested to appear at the court-ordered Case Management Conference in the above-captioned matter, currently scheduled to take place on August 22, 2006, at 2:00 in the above-captioned Court. Having reviewed the Declaration of William H. Littlewood setting forth said request, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Defendants A C PAVING, INC. and LARRY DONALD ALFORD, through their counsel of record, may appear telephonically at the Case Management Conference scheduled to take place on August 22, 2006, at 2:000 p.m. on the above-entitled Court.

DATED: August 21, 2006

_____
Honorable Martin J. Jenkins
Judge of the United States District Court

00117/00000-1001319.v1