Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds--Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>A C PAVING, INC., et al.,<br><br>Defendants. | Case No.: C 06-3075 MJJ<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT; [_____] ORDER THEREON** |

Plaintiffs and Defendants AC PAVING, INC. and LARRY DONALD ALFORD and stipulate and agree to the following:

1.  Plaintiffs may file an Amended Complaint, a copy of which is attached hereto.

2.  William H. Littlewood, Attorney for Defendant A C PAVING and Defendant LARRY ALFORD is authorized to, and agrees, to accept service of the Amended Summons and First Amended Complaint on behalf of Defendant A C PAVING, Defendant LARRY ALFORD and Defendant STOCKBRIDGE ALFORD VENTURE LLC. Defendant A C PAVING,

First Amended Complaint on behalf of Defendant A C PAVING and Defendant LARRY ALFORD. Defendant A C PAVING and Defendant LARRY ALFORD shall respond to the amended complaint twenty days from the date of service of the First Amended Complaint.

RESPECTFULLY SUBMITTED.

Dated this 3rd day of October of 2006

        OPERATING ENGINEERS LOCAL UNION NO. 3
        TRUST FUNDS – MULTI-SERVICES
        By: _____
        TRACY L. MAINGUY
        ATTORNEY FOR PLAINTIFFS

Dated this 30 day of September of 2006

        MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
        By: _____
        WILLIAM H. LITTLEWOOD
        ATTORNEY FOR DEFENDANTS A C PAVING, INC., a California corporation, and LARRY DONALD ALFORD, individually

## ORDER

Based upon the foregoing stipulation, and pursuant to Federal Rule of Civil Procedure 15(a), it is hereby ordered that: (1) Plaintiffs may file an Amended Complaint, a copy of which is attached hereto; (2) the Defendants A C PAVING, INC. and LARRY DONALD ALFORD will respond to the First Amended Complaint within twenty days of the date that it is served.

Dated: 10/3/2003

        _____
        HONORABLE JUDGE MARTIN J. JENKINS

STIPULATION TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT;
Case No. C 06-3075 MJJ

- 2 -