William H. Littlewood, # 202877
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants A C Paving, Inc., a California corporation, Larry Donald Alford, individually

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>A C PAVING, INC., a California corporation, LARRY DONALD ALFORD, individually and SURETY COMPANY OF THE PACIFIC, a California corporation,<br><br>Defendants. | Case No. C 06 3075<br><br>**STIPULATION TO ALLOW MCCORMICK BARSTOW TO WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANT AC PAVING, INC.; ORDER THEREON** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION TO WITHDRAWAL C 06 3075

IT IS HEREBY STIPULATED by and between Defendant AC PAVING, INC. ("AC PAVING"), by Larry Alford as its designated officer and sole owner, and McCormick, Barstow, Sheppard, Wayte & Carruth LLP ("McCormick Barstow"), by its member William H. Littlewood, that in lieu of McCormick Barstow filing a Motion to Withdraw as Attorney of Record for AC PAVING in the above-captioned action, the parties agree that McCormick Barstow may withdraw as counsel of record herein.

NOTICE IS HEREBY GIVEN that AC PAVING has been advised that it, as a corporation, cannot act in pro per in this matter. AC PAVING hereby agrees that it will either seek replacement counsel, and have said counsel enter an appearance in this matter on or before December 4, 2006, or alternatively will allow a default to be taken in this matter after said date.

Dated: November 15, 2006　　　　　　　　　　AC PAVING, INC.

By: _____
　　　Larry Alford
　　　AC PAVING, INC.

Dated: November 15, 2006　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:　　/s/William H. Littlewood
　　　William H. Littlewood
　　　Attorneys for Defendant
　　　AC Paving, Inc., a California corporation

**ORDER**

IT IS SO ORDERED.

DATED: November 20, 2006

_____
U.S. District Court Judge

00117/00000-1032529.v1

2

STIPULATION TO WITHDRAWAL C 06 3075

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501