| | |
|---|---|
| 1  William H. Littlewood, # 202877 | (SPACE BELOW FOR FILING STAMP ONLY) |
| 2  McCormick, Barstow, Sheppard, Wayte & Carruth LLP | |
| 3  P.O. Box 28912<br>5 River Park Place East | |
| 4  Fresno, CA 93720-1501<br>Telephone:   (559) 433-1300 | |
| 5  Facsimile:    (559) 433-2300 | |

Attorneys for Defendants A C Paving, Inc., a California corporation, Larry Donald Alford, individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>A C PAVING, INC., a California corporation, LARRY DONALD ALFORD, individually and SURETY COMPANY OF THE PACIFIC, a California corporation,<br><br>Defendants. | Case No. C 06 3075<br><br>**STIPULATION TO ALLOW MCCORMICK BARSTOW TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT LARRY ALFORD AND SUBSTITUTING MR. ALFORD IN PRO PER; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Defendant LARRY ALFORD, and McCormick, Barstow, Sheppard, Wayte & Carruth LLP ("McCormick Barstow"), by its member William H. Littlewood, that in lieu of McCormick Barstow filing a Motion to Withdraw as Attorney of Record for LARRY ALFORD in the above-captioned action, the parties agree that McCormick Barstow may withdraw as counsel of record herein.

NOTICE IS HEREBY GIVEN that LARRY ALFORD will act in pro per in this matter, and that all pleadings, correspondence and other materials related to this matter shall be directed to him, at 4489 West Dakota Avenue, Fresno, California 93722-4617.

Dated: November 15, 2006

By: /s/ Larry Alford
Larry Alford

Dated: November 15, 2006

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/William H. Littlewood
William H. Littlewood
Attorneys for Defendant
AC Paving, Inc., a California corporation

## ORDER

IT IS SO ORDERED.

DATED: November 20, 2006

U.S. District Court Judge

00117/00000-1032537.v1

2

STIPULATION TO WITHDRAWAL C 06 3075