Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br><br>Plaintiffs,<br>vs.<br><br>A.C. PAVING, INC., et al.,<br><br>Defendants. | Case No.: C06-3075 MJJ<br><br>**NOTICE OF AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362;**<br><br>**REQUEST TO VACATE CALENDAR AND SET CASE MANAGEMENT CONFERENCE; and**<br><br>**ORDER THEREON** |

TO THE COURT:

Please take notice that defendants Larry Donald Alford and Betty Alford have filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Eastern District of California. Prior counsel filed a Proof of Claim in the bankruptcy estate, but apparently did not give notice to this court, that Plaintiffs were therefore stayed under 11 U.S.C. Section 362 from proceeding with this action against the above named Alford defendants.

/////////

-1-
**NOTICE OF AUTOMATIC STAY**
Case No.: 06-3075 MJJ

Plaintiffs will notify this court in the event that the bankruptcy is dismissed, and allowing the within action to again include these defendants.

Plaintiffs recently substituted counsel received the attached letter from counsel regarding the status of this action. (Exhibit A) The letter asserts that plaintiffs' fraudulent conveyance action is being pursued as an asset of the bankruptcy estate. Plaintiffs further anticipate filing a Motion for Default Judgment against defendant A.C. Paving, Inc.

Plaintiffs therefore request that the calendar herein be vacated to allow recent counsel the opportunity to thoroughly review this action and to appropriately resolve each portion of it.

Plaintiffs further request that the Court set a Case Management Conference in 30-60 days, to address whatever may remain to be scheduled in this case.

Dated: June 14, 2007         SALTZMAN & JOHNSON LAW CORPORATION

By: /s/ Muriel B. Kaplan
Muriel B. Kaplan
Attorneys for Plaintiffs

ORDER

The calendar in this case is hereby vacated and a Case Management Conference is hereby set for ___September 24, 2007___ at ___2:00 p.m.___.

Dated: 6/18/2007

/s/ Martin J. Jenkins
United States District Court Judge

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 14, 2007, I served the following document(s):

**NOTICE OF AUTOMATIC STAY
UNDER 11 U.S.C. SECTION 362;
REQUEST TO VACATE CALENDAR
AND SET CASE MANAGEMENT CONFERENCE; and
ORDER THEREON**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Chris Hall, Esq.
McCCormick, Barstow LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA 93729-8912**

**Sheryl Ann Strain
Bankruptcy Trustee
P.O. Box 25190
Fresno, CA 93729**

**Steven S. Nimoy, Esq.
Law Offices of Steven S. Nimoy
Encino Office Park II, Suite 325
6345 Balboa Blvd.
Encino, CA 91316**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day of June, 2007, at San Francisco, California.

/s/
Vanessa de Fábrega

-1-
NOTICE OF AUTOMATIC STAY
Case No.: 06-3075 MJJ



**McCORMICK BARSTOW LLP**
ATTORNEYS AT LAW

Christopher S. Hall
(Admitted in California)
christopher.hall@mccormickbarstow.com

FRESNO, CALIFORNIA OFFICE
5 River Park Place East
Fresno, California 93720-1501
P.O. Box 28912
Fresno, California 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

June 13, 2007

**VIA FACSIMILE AND U.S. MAIL**

Muriel B. Kaplan
Saltzman & Johnson Law Corporation
120 Howard Street, Suite 520
San Francisco, CA 94105

    Re:    <u>Crosthwaite, et al. v. Stockbridge, et al.</u>
           Our File No : 81701.002

Dear Ms. Kaplan:

I write to follow-up on our conversation of Wednesday, June 13, 2007. As we discussed, Ms. Mainguy, previous counsel for the trust, failed to notify the Northern District Court of the bankruptcy filed by the Alfords. As such, the Court's docket currently includes a trial date of August 20, 2007. A Mandatory Pre-Trial Conference is scheduled for August 7, 2007, with a Mandatory Settlement Conference scheduled for July 11, 2007.

As we discussed, the action filed in the Northern District is automatically stayed as to the Alfords. The Alfords are obviously a necessary and indispensable parties in your clients' lawsuit, and therefore a stay as to the entire litigation should be entered. Moreover, as we discussed, the Trustee has asserted ownership of the fraudulent conveyance claims asserted in your clients' First Amended Complaint. The Trustee is currently drafting a Motion to Compromise those claims. I am informed that the hearing on the Motion to Compromise is scheduled on the same date of the Settlement Conference, July 7, 2007.

The purpose of this letter is to ask that you notify the Northern District of the stay so that the bankruptcy issues can be resolved in the Eastern District prior to either party incurring any costs associated with the Northern District action.

Please contact me upon you receipt of this letter, and your review of the file, to discuss appropriate procedures for the Northern District action. Your prompt attention to this matter is greatly appreciated. Please feel free to contact me with any questions, comments or concerns.

Very truly yours,

Christopher S. Hall
McCormick Barstow LLP

Other offices of
McCORMICK, BARSTOW, SHEPPARD
WAYTE AND CARRUTH, LLP

www.mccormickbarstow.com

MODESTO, CALIFORNIA OFFICE
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1168

LAS VEGAS, NEVADA OFFICE
337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

CINCINNATI, OHIO OFFICE
1600 Scripps Center
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

CSH:hrl
cc: Sheryl Strain
    Trustee for the Estate of Larry & Betty Alford
81701/00002-1106083.v1

**EXHIBIT A**



**McCORMICK BARSTOW LLP**
ATTORNEYS AT LAW

FRESNO, CALIFORNIA OFFICE
5 River Park Place East
Fresno, California 93720-1501
P.O. Box 28912
Fresno, California 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

# FACSIMILE TRANSMISSION

Date: June 13, 2007

To:

| Name: | Fax No.: | Phone No.: |
|---|---|---|
| Muriel B. Kaplan Saltzman & Johnson Law Corp. | (415) 882-9287 | (415) 882-7900 |

From: Christopher S. Hall

Re: Crosthwaite v. Stockbridge

| File No.: | 81701.002 | Number of Pages, Including Cover: | 2 |
|---|---|---|---|

Message:

81701/00002-1106090.v1

Other offices of
McCORMICK BARSTOW, SHEPPARD
WAYTE AND CARRUTH, LLP

www.mccormickbarstow.com

MODESTO, CALIFORNIA OFFICE
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

LAS VEGAS, NEVADA OFFICE
337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

CINCINNATI, OHIO OFFICE
1600 Scripps Center
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

WARNING: THE DOCUMENT BEING TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.

**PLEASE IMMEDIATELY CALL THE FAX CENTER AT (559) 433-1300 (EXT. 4106) IF THERE ARE ANY PROBLEMS DURING THIS FAX TRANSMISSION.**