United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

A. C. PAVING INC., et al.,

Defendants.

No. C 07-03075 WHA

**ORDER DENYING PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

Plaintiffs' request to vacate the case management conference, currently set for tomorrow, is **DENIED**. Both sides must personally appear.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-03075 AC Paving\Order.wpd