United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>A. C. PAVING INC., et al.,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 06-03075 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The case management conference currently set for September 11, 2008, at 11:00 a.m., has been **CONTINUED** to **DECEMBER 4, 2008, AT 11:00 A.M.** Please file a case management conference statement no later than seven days prior.

　　　　**IT IS SO ORDERED.**

Dated: August 27, 2008.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE