Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br><br>          Plaintiffs,<br>     vs.<br><br>A.C. PAVING, INC., et al.,<br><br>          Defendants. | Case No.: C06-3075 WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendants LARRY DONALD ALFORD, and BETTY ALFORD. Defendants have neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant. All other defendants were previously dismissed.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

///

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 15th day of September, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date:__ September 16, 2008                    _____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED* — Judge William Alsup

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C06-3075 WHA

P:\CLIENTS\OE3CL\AC Paving-Fresno\Pleadings\C06-3075 MJJ Notice of Voluntary Dismissal 091108.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On September 15, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **A.C. Paving Company**<br>4489 West Dakota Avenue<br>Fresno, CA 93722 | **Larry and Betty Alford**<br>4489 West Dakota Avenue<br>Fresno, CA 93722 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of September, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega